AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Columbia Gas Transmission, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  5:23-cv-99 |
| West Penn Utilities, LLC ) | |
| *Defendant* ) | |

## PARTIAL JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other:   Partial judgment in the amount of $50,398.00 in plaintiff Columbia Gas Transmission, LLC's favor, which represents the undisputed amount plaintiff Columbia Gas Transmission, LLC incurred to repair the damage to the pipeline. Plaintiff Columbia Gas Transmission, LLC's claim for punitive damages remains pending.   .

This action was *(check one)*:

☒ decided by Judge   John Preston Bailey

Date:   3/20/2024                                    *CLERK OF COURT*

                                                                /s/ L.M. Murphy
                                                         *Signature of Clerk or Deputy Clerk*