IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**COLUMBIA GAS TRANSMISSION, LLC,**

    Plaintiff,

v.

**WEST PENN UTILITIES, LLC,**

    Defendant.

**CIVIL ACTION NO. 5-23-cv-99**
Judge Bailey

## ORDER DISMISSING CASE

It appearing that no active claims remain pending in the above-captioned matter, this Court hereby **INSTRUCTS** the Clerk to strike this matter from the active docket of this Court.

It is so **ORDERED**.

The Clerk is instructed to provide copies of this Order to all counsel of record.

**DATED**: April 29, 2024.

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE